FREDERICK J. BAUMANN, Appellant, v. CITIZENS TRUST COMPANY OF BINGHAMTON et al., Respondents.

ALBERT C. CROSSLEY, Appellant, v. CITIZENS TRUST COMPANY OF BINGHAMTON et al., Respondents.

NORMAN G. KEISER, Appellant, v. CITIZENS TRUST COMPANY OF BINGHAMTON et al., Respondents.

WILLIAM C. KING, Appellant, v. CITIZENS TRUST COMPANY OF BINGHAMTON et al., Respondents.

BENJAMIN G. KROEHLER, Appellant, v. CITIZENS TRUST COMPANY OF BINGHAMTON et al., Respondents.

JESSE E. TRUITT, Appellant, v. CITIZENS TRUST COMPANY OF BINGHAMTON et al., Respondents.

HELEN S. W. BLEWER et al., as Executors of ARCHIBALD WHITELAW, Deceased, Appellants, v. CITIZENS TRUST COMPANY OF BINGHAMTON et al., Respondents.

FRANK J. MANGAN et al., Copartners under the Firm Name of MANGAN & MANGAN, Appellants, v. CITIZENS TRUST COMPANY OF BINGHAMTON et al., Respondents.

Argued November 30, 1937; decided January 4, 1938.

626

*Morris Gitlitz* for Frederick J. Baumann et al., appellants.

*Clayton R. Lusk* for William C. King, appellant.

*Thomas J. Mangan,* in person, and for Charles J. Mangan et al., appellants.

*David Levene* for respondents.

In each action: Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.